UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
WIRELESS INK CORPORATION,          :
                                   :
                                   :
                    Plaintiff,     :     No. 10
                                   :
      -against-                    :     **RULE 7.1 STATEMENT**
                                   :
FACEBOOK, INC. and GOOGLE, INC.,   :     **ECF CASE**
                                   :
                                   :
                    Defendants.    :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.0] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wireless Ink Corporation ("Wireless Ink") certifies that Wireless Ink is not a publicly traded company. Wireless Ink certifies that it has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated: Nanuet, New York
       March 9, 2010

                              Respectfully submitted,

                              The Pitcock Law Group

                              By: _____
                                  Jeremy S. Pitcock (JP-4954)

                              20 Old Nyack Turnpike, Suite 307
                              Nanuet, NY 10954
                              (845) 215-9911

**Of Counsel:**

Stevens Law Group
David R. Stevens (To Be Admitted)
1754 Technology Drive, Suite 226
San Jose, California 95110
(408) 288-7588

Attorneys for Wireless Ink Corporation