UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WIRELESS INK CORPORATION,

                Plaintiff,                10 Civ. 1841 (PKC)

      v.

FACEBOOK, INC., et ano.,

                Defendants.
-----------------------------------------------------------x
-----------------------------------------------------------x
WIRELESS INK CORPORATION,

                Plaintiff,                11 Civ. 1751 (PKC)

      v.
FACEBOOK, INC, et al.,

                Defendants.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-12

CASTEL, District Judge:

        The close of fact discovery is fast approaching. The Court has considered the Joint Letter of the parties dated March 7, 2012 setting forth their discovery disputes and attaching the discovery requests and responses relating thereto. Set forth below are the Court's rulings:

        1.      Plaintiff shall supplement its response to Interrogatories Nos. 1 & 25 within 14 days. Any claim of infringement for which the information required by Interrogatories Nos.1 & 25 is not supplied will be foreclosed at trial, as well as any other appropriate sanction.

        2.      Plaintiff shall supplement its response to Interrogatories Nos. 9-13 & 24 within 14 days. Any evidence for which the information required by

Interrogatories Nos. 9-13 & 24 is not supplied will be precluded at trial, as well as any other appropriate sanction.

3. Plaintiff is free to supplement its responses to Interrogatories Nos. 3, 4 and 22 within 14 days. However, plaintiff will be held to the responses if it chooses to stand on them or the supplemental responses if it chooses to supplement. In response to Interrogatory No. 3, plaintiff pledged that "[a]ll documents will be produced by an agreed upon time." A similar statement was made in response to Interrogotory No. 4. This Court orders that any and all such documents be produced within 14 days under pain of preclusion, as well as any other appropriate sanction.

4. Defendant Google shall supplement its response to Interrogatories No. 7 within 14 days. Any evidence for which the information required by Interrogatories No. 7 is not supplied will be precluded at trial, as well as any other appropriate sanction.

5. Defendant Google shall provide full discovery as to Google+ and Google Docs.

6. Defendant YouTube's document production shall be full and complete within 14 days under pain of preclusion, as well as any other appropriate sanction. The parties have had ample time to negotiate search terms and have proposed no alternative way to resolve the scope of YouTube's document production.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 8, 2012

3