**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **WIRELESS INK CORP.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| : | |
| -against- : | **No. 10 Civ. 1841 (PKC)** |
| : | |
| **FACEBOOK, INC.; GOOGLE, INC.,** : | **ECF CASE** |
| : | |
| : | |
| **Defendants.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **WIRELESS INK CORP.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| : | |
| -against- : | **No. 11 Civ. 1751 (PKC)** |
| : | |
| **FACEBOOK, INC.; GOOGLE INC.;** : | **ECF CASE** |
| **YOUTUBE, INC.; YOUTUBE, LLC; and** : | |
| **MYSPACE, INC.,** : | |
| : | |
| **Defendants.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SECOND DECLARATION OF PETER ALEXANDER IN SUPPORT OF DEFENDANTS GOOGLE INC. AND YOUTUBE, LLC'S REPLY IN SUPPORT OF GOOGLE INC. AND YOUTUBE, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, Peter Alexander, hereby declare as follows:

1.   I am a resident of California.  I am over eighteen years of age, and unless otherwise

stated, I have personal knowledge of the facts set forth herein.

2.   I have been retained by counsel for Google Inc. and YouTube, LLC (collectively

"Google"), defendants in the above captioned cases, as a testifying expert on Google's alleged

infringement of U.S. Patent Nos. 7,599,983 (the "'983 patent") and 7,908,342 (the "'342 patent").  I make this Declaration in support of Google Inc. and YouTube, LLC's "Reply Memorandum of Law in Support of Defendants Google Inc. and YouTube, LLC's Motion for Summary Judgment of Non-infringement."  If called as a witness, I could and would competently testify to the facts set forth in this Declaration, as I know each to be true based upon my own personal knowledge.

3.      In 1965, I obtained a Bachelor of Science degree in Electrical Engineering from the University of Canterbury, New Zealand.  In 1967, I received a Master's degree in Electrical Engineering, from the University of Illinois (Urbana).  In 1971, I completed my graduate studies at the Massachusetts Institute of Technology and was awarded a Ph.D. in Electrical Engineering.

4.      In all, I have over 30 years of experience in the areas of computer software design, development and deployment and Internet Web site design.  My CV contains a more complete recitation of my experience and expertise and is attached to the Declaration of Peter Alexander In Support Of Defendants Google Inc. and YouTube, LLC's Motion For Summary Judgment, dated February 14, 2013, as Exhibit A.

5.      In connection with my retention by Google, I was asked to analyze and review Wireless Ink Corporation's allegations that Google infringes claims 1-4, 6 and 9 of the '983 patent and claims 1-7, 9 and 10 of the '342 patent.  Google also requested that I prepare a rebuttal expert report detailing my opinions and the analysis and basis for my opinions regarding Google's alleged infringement.

6.      All of the statements in my "Rebuttal Expert Report of Peter Alexander, Ph.D. Regarding Non-Infringement of U.S. Patents No. 7,599,983 and 7,908,342" dated August 3, 2012 are true and accurate to the best of my knowledge.

NEWYORK 8792736 (2K)

7.      True and correct copies of excerpts from my "Rebuttal Expert Report of Peter Alexander, Ph.D. Regarding Non-Infringement of U.S. Patents No. 7,599,983 and 7,908,342" dated August 3, 2012 are attached to this declaration as Exhibit 1 and are incorporated by reference in this declaration as though fully restated and set forth herein.

8.      It is my opinion, as set forth in Exhibit 1, that Google does not infringe any of claims 1-4, 6 and 9 of the '983 patent and claims 1-7, 9 and 10 of the '342 patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March, 2013 at Corona del Mar, California.

_____
        Peter Alexander, Ph.D.

NEWYORK 8792736 (2K)