USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WIRELESS INK CORPORATION,

                Plaintiff,

-against-

FACEBOOK, INC. AND GOOGLE, INC.,
                Defendants.
------------------------------------------------------------X
WIRELESS INK CORPORATION,

                Plaintiff,

-against-

FACEBOOK, INC.,; GOOGLE, INC.;
YOUTUBE, INC.; YOUTUBE, LLC; and
MYSPACE, INC.,
                Defendants.
------------------------------------------------------------X

10 CIVIL 1841 (PKC)

11 CIVIL 1751 (PKC)

**JUDGMENT**

      Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on August 29, 2013, having rendered its Memorandum and Order granting Google's motion for summary judgment of non-infringement (Docket # 113, 10 Civ. 1841 (PKC), and Docket # 113, 11 Civ. 1751 (PKC); granting Facebook's motion for summary judgment of non-infringement (Docket # 118, 10 Civ. 1841 (PKC), and Docket # 123, 11 Civ. 1751(PKC); denying Google's and Facebook's joint motion for summary judgment of invalidity (Docket # 118. 11 Civ. 1751 (PKC) as moot, all other claims having been resolved, the Clerk is directed to enter judgment in favor of defendants Google and Facebook in the above-captioned actions, and close both cases, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 29, 2013, Google's motion for summary judgment of non-infringement (Docket #113, 10 Civ. 1841 (PKC), and Docket # 113, 11 Civ. 1751 (PKC) is

granted; Facebook's motion for summary judgment of non-infringement (Docket # 118, 10 Ciiv. 1841(PKC), and Docket # 123, 1751 (PKC) is granted; Google's and Facebook's joint motion for summary judgment of invalidity (Docket # 118, 11 Civ. 1751 (PKC) is denied as moot, all other claims having been resolved; judgment is hereby entered in favor of defendants Google and Facebook in the above-captioned actions, and both cases are closed.

**Dated:** New York, New York
August 30, 2013

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____